Robert W. Clarida
Benjamin Sahl
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue Of The Americas
New York, NY 10036-6799
(212) 790-9200

Attorneys for Defendant GREGORY MURPHY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

EFFIE FILM LLC,

        Plaintiff,

-against-

GREGORY MURPHY,

        Defendant.

------------------------------------------------------------------ x

11-CV-0783 (TPG)

**NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)**

FILED ELECTRONICALLY

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and associated affidavit of Gregory Murphy, Defendant Gregory Murphy will move this Court, before the Honorable Thomas P. Griesa, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be set by the Court, for an order pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) dismissing this action, ordering Plaintiff to pay Defendant's reasonable attorneys fees in connection with this motion and granting such other and further relief as the court deems appropriate.

DATED: March 1, 2011

                                  COWAN, LIEBOWITZ & LATMAN, P.C.

                                  By: */x/ Robert W. Clarida*
                                      Robert W. Clarida (RWC@cll.com)
                                      Benjamin Sahl (BXS@cll.com)

Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, NY 10036
(212) 790-9200 (phone)
(212) 575-0671 (facsimile)

Attorneys for Defendant GREGORY MURPHY

29249/000/1226001.1